WEEMS STEAMBOAT CO. OF BALTIMORE CITY v. PEOPLE'S STEAMBOAT CO. et al. (Circuit Court of Appeals, Fourth Circuit. October 29, 1907.) No. 662. Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Richmond. George Weems Williams and St. George R. Fitzhugh, for appellant. Williams D. Carter, for appellees. No opinion. Writ of certiorari of Supreme Court of the United States produced, and cause transmitted to the Supreme Court. See (C. C.) 141 Fed. 454; 152 Fed. 1022, 82 C. C. A. 276.

---

THE WERDENFELS. THE TRANSFER NO. 11. (Circuit Court of Appeals, Second Circuit. March 10, 1908.) Nos. 188, 189. Appeals from the District Court of the United States for the Southern District of New York. James J. Macklin, William Greenough, and La Roy S. Gove, for appellant. Wing, Putnam & Burlingham, and Charles C. Burlingham, for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree of District Court (150 Fed. 400) affirmed, with interest and costs.

---

JONES v. BUSH et al. (Circuit Court, E. D. Pennsylvania. March 24, 1908.) No. 71. Motion for New Trial. John Kent Kane and Charles S. Wesley, for plaintiff. J. Claude Bedford, for defendants.

J. B. McPHERSON, District Judge. If I could see any proper way to mitigate the hardship of this verdict, I should be glad to adopt it; but, as the questions were purely of fact and the evidence was fairly conflicting, the decision of the jury, especially after three trials, must now be accepted. It was certainly true that in strictness of logic the plaintiff was entitled either to his full claim or to nothing at all, and the amount of the verdict was, therefore, justified; but I may say frankly that I should have been better satisfied if the jury had cast logic aside, and had awarded, say, half the claim, instead of the whole. They did not choose to do this, however, and after a good deal of hesitation I cannot discover a sufficient reason for disregarding their finding and enforcing my individual view of what would have been a fair settlement of this prolonged controversy. The motion for a new trial is refused.